# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | No. 22-3019-MJ-WJE |
| **SARA ELLEN SCHOFIELD,** | |
| Defendant. | |

## GOVERNMENT'S LIST OF TRIAL EXHIBITS

The United States of America, by and through Teresa A. Moore, United States Attorney for the Western District of Missouri, provides this list of exhibits which the Government intends to offer in evidence during the detention hearing:

1. S. Schofield messages after Paul's arrest

2. Images shown to S. Schofield during interview

A detailed exact numbering of all exhibits will be given to counsel and the Court prior to the hearing.

                                      Respectfully submitted,

                                      **Teresa A. Moore**
                                      United States Attorney

               By      */s/ Ashley S. Turner*

                                      **Ashley S. Turner**
                                      Assistant United States Attorney
                                      Missouri Bar No. 62314

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 18, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                      */s/ Ashley S. Turner*
                                                      **Ashley S. Turner**
                                                      Assistant United States Attorney