## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

                Plaintiff,

    v.                           No. 22-3018-MJ-WJE

**PAUL EMERSON SCHOFIELD.**,

                Defendants.

## GOVERNMENT'S LIST OF WITNESSES

The United States of America, through the United States Attorney for the Western District of Missouri, provides the following list of witnesses, who the undersigned attorney for the Government intends to call during the detention hearing:

1.  Detective Cody Bounds, Boone County Sheriff's Office.

2.  Detective Andy Evans, Boone County Sheriff's Office.


Respectfully submitted,

**Teresa A. Moore**
United States Attorney

By    */s/ Ashley S. Turner*

**Ashley S. Turner**
Assistant United States Attorney
Missouri Bar No. 62314

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 18, 2022, to the CM-ECF system of the United States District Court for the Western District of

Missouri for electronic delivery to all counsel of record.

*/s/ Ashley S. Turner*
**Ashley S. Turner**
Assistant United States Attorney